A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Apr 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Apr 08, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-20)**

FILED
APR 26 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 389 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _Leana Brinkley_
Deputy Clerk
Date 04/26/2010

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                             MDL No. 2100

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  10-1287    Dawnette Montes, et al. v. Bayer Corp., et al.   10-20265-DRH-PMF
  CAN  4  10-1184    Lindsay Cooper v. McKesson Corp., et al.      10-20267-DRH-PMF

CALIFORNIA SOUTHERN
  CAS  3  10-408     Jessica Renee Wolff v. Bayer Corp., et al.     10-20268-DRH-PMF

ILLINOIS NORTHERN
  ILN  1  10-1489     Lisa Cole v. Bayer Corp., et al.                 10-20273-DRH-PMF

MICHIGAN EASTERN
  MIE  2  10-10800    Robert Kujanek, et al. v. Bayer Corp., et al.   10-20274-DRH-PMF

MINNESOTA
  MN  0  10-973      Conne Lyons v. Bayer Corp., et al.           10-20275-DRH-PMF

MISSOURI WESTERN
  MOW  4  10-271     Alaina Ferrara v. Bayer Corp., et al.         10-20276-DRH-PMF

NEW YORK SOUTHERN
  NYS  7  10-379      Catherine M. Miles, et al. v. Bayer Corp., et al.  10-20277-DRH-PMF

TENNESSEE WESTERN
  TNW  2  10-2098    Jessica Young v. Bayer Corp., et al.        10-20278-DRH-PMF
  TNW  2  10-2099    Tonya Logan v. Bayer Corp., et al.         10-20279-DRH-PMF
  TNW  2  10-2202    Sarah Phipps v. Bayer Corp., et al.         10-20280-DRH-PMF

TEXAS SOUTHERN
  TXS  4  10-1031     Kathleen Gould v. Bayer Corp., et al.        10-20281-DRH-PMF

UTAH
  UT  2  10-180       Mindy Merrell v. Bayer Corp., et al.         10-20282-DRH-PMF

WISCONSIN EASTERN
  WIE  2  10-17       Cayla Becker v. Bayer Corp., et al.         10-20283-DRH-PMF